## LUCKEY v. STATE.
### No. 20544.

Court of Criminal Appeals of Texas
June 7, 1939.

D. F. Sanders, of Beaumont, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for receiving and concealing property knowing it to have been stolen, punishment being by fine of one hundred dollars.

No statement of facts or bills of exception are brought forward. Nothing is presented for review.

The judgment is affirmed.